IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CLAYTON TUTTLE BROTHERS,**

    Plaintiff,

v.                                          Civil Action No. **3:18CV841**

**GLENN RUNKLE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 11, 2019, the Court conditionally docketed Plaintiff's action. On February 1, 2019, the United States Postal Service returned the January 11, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate Released." Since that date, Plaintiff has not provided a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: FEB 19 2019
Richmond, Virginia